UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE: Michael & Sandra Patten

CHAPTER 13
CASE NO. 09-63981-tjt
JUDGE Tucker

Debtor,
_____

## ORDER CONFIRMING PLAN

The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3,000.00 in fees and $-0- in expenses, and that the portion of such claim which has not already been paid, to-wit: $ 2,874.00 shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

[x] The Debtor shall remit 100% of all tax refunds to which Debtor is entitled during the pendency of the Plan and shall not alter withholdings without Court approval. The Internal Revenue Service is ordered to direct to the Chapter 13 Trustee the requisite refund to which the Debtor(s) become(s) entitled during the pendency of this Chapter 13 proceeding.

[x] Debtor's plan payment shall be increased to $438.46 weekly effective 10/22/09.

[x] Unsecured creditors shall receive no less than 100% of their duly filed claims.

{x} In the event that Debtor(s) fail(s) to make any future Chapter 13 plan payments, the Trustee or a party in interest may submit a notice of default, served upon Debtor(s) and Debtor(s)' Counsel and permitting 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provisions of this Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make plan payments.

[x] The adversary case 09-05621 has been granted pursuant to the order entered on 9/28/2009 docket # 6. The claim of Citimortgage, Inc., claim #3-1 shall be treated as a Class 8 unsecured creditor and all other terms of the order are incorporated herein.

| APPROVED | Objections Withdrawn | |
|---|---|---|
| /s/ **Tammy L. Terry** | | /s/ Morris B. Lefkowitz |
| Tammy L. Terry (P46254) | For Creditor: | Morris B. Lefkowitz(P31335) |
| Chapter 13 Trustee | | |
| 535 Griswold, Suite 2100 | | Attorney for Debtor |
| Detroit, MI 4226 | | 24100 Southfield Road |
| (313)967-9857 | | Suite 203 |
| | Objections Withdrawn | Southfield, MI 48075 |
| | | 248-559-0180 |
| | | mbl44@aol.com |
| | For Creditor: | |

.

Signed on October 28, 2009

/s/ Thomas J. Tucker

Thomas J. Tucker  
United States Bankruptcy Judge